# United States Court of Appeals for the Federal Circuit

―――――――――――――――

**ILLINOIS TOOL WORKS, INC., DBA Wynn's,**
*Plaintiff – Appellee,*

**QUANTUM MARKETING INC., DBA Illinois Tool Works, Inc.,**
*Third Party Defendant – Appellee,*

v.

**MOC PRODUCTS COMPANY, INC.,**
*Defendant/Third Party Plaintiff – Appellant.*

―――――――――――――――

14-1169, 14-1659

―――――――――――――――

Appeal from the United States District Court for the
Southern District of California in
No. 3:09-cv-01887-JLS-MDD
Judge Janis L. Sammartino

―――――――――――――――

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF FOR MOC PRODUCTS COMPANY, INC.**

―――――――――――――――

                                             Guy Ruttenberg
                                                *Principal Attorney*
                                            **RUTTENBERG IP LAW, PC**
                                            1801 Century Park East, Suite 1920
                                            Los Angeles, CA 90067
                                            Tel: (310) 627-2270
                                            Fax: (310) 627-2260

                                            *Attorneys for Defendant-Appellant,*
                                            *MOC Products Company, Inc.*

## UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME

Appellant/Cross-Appellee MOC Products Company, Inc. ("MOC") respectfully moves under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for an extension of the time for the filing of its principal brief by 60 days from September 22, 2014, to November 21, 2014.

MOC has not previously sought any extension of time for this appeal. Counsel for appellee/cross-appellant has confirmed that the appellee/cross-appellant does not oppose this motion. *See* Ruttenberg Decl, filed herewith, ¶ 5.

The additional time is necessary because the parties have agreed to attend mediation before Mr. Jim Amend on September 5, 2104. *See* Ruttenberg Decl, ¶¶ 4, 6.

Accordingly, and for good cause shown, MOC respectfully requests a 60-day extension of time to file its principal brief, up through and including November 21, 2014.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  July 31, 2014 | RUTTENBERG IP LAW, PC |
|  | By:   /s/ *Guy Ruttenberg* |
|  | Guy Ruttenberg<br>**RUTTENBERG IP LAW, PC**<br>1801 Century Park East, Suite 1920<br>Los Angeles, CA 90067<br>Tel:  (310) 627-2270<br>Fax:  (310) 627-2260 |
|  | *Attorneys for Defendant-Appellant,*<br>*MOC Products Company, Inc.* |

1

# DECLARATION OF GUY RUTTENBERG
# IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION
# OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF

I, Guy Ruttenberg, attorney for Defendant-Appellant/Cross-Appellee MOC Products Company, Inc. ("MOC"), declare as follows:

1. This declaration is made in connection with MOC's motion for an extension of time to file its principal brief by sixty 60) days.

2. MOC's brief is currently due on September 22, 2014.

3. MOC requests that its principal brief be due on November 21, 2014.

4. Appellant requests this extension in light of a mediation scheduled in this case. Namely, the parties have agreed to a mediation before Mr. Jim Amend on September 5, 2014, with the hope and intention of reaching a resolution regarding the issues on appeal.

5. Over the last two weeks, I have discussed this requested extension with counsel for Plaintiff-Appellee/Cross-Appellant Illinois Tool Works, DBA Wynn's ("ITW"). On Thursday July 30, 2014, counsel for ITW, Brian Arnold, confirmed that ITW does not oppose this motion for extension of briefing time.

6. Good cause exists for the requested extension. Namely, extending the time for filing MOC's principal brief permits the parties to focus on a potential resolution through mediation. In addition, both parties prefer to conduct the mediation before expending substantial resources preparing the briefing on appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 31, 2014                    /s/ *Guy Ruttenberg*
                                            Guy Ruttenberg

# United States Court of Appeals
# for the Federal Circuit

————————————

**ILLINOIS TOOL WORKS, INC., DBA Wynn's,**
*Plaintiff – Appellee,*

**QUANTUM MARKETING INC., DBA Illinois Tool Works, Inc.,**
*Third Party Defendant – Appellee,*

v.

**MOC PRODUCTS COMPANY, INC.,**
*Defendant/Third Party Plaintiff – Appellant.*

————————————

14-1169, 14-1659

————————————

Appeal from the United States District Court for the Southern District of California in No. 3:09-cv-01887-JLS-MDD
Judge Janis L. Sammartino

————————————

**[PROPOSED] ORDER
GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF
FOR APPELLANT MOC PRODUCTS COMPANY, INC.**

Appellant MOC Products Company, Inc. moves to extend the time for filing its principal brief by sixty (60) days from September 22, 2014, to November 21, 2014.

IT IS ORDERED THAT:

The motion is granted.

1

2

FOR THE COURT:

DATE: _____

cc:

Guy Ruttenberg, Esq., guy@ruttenbergiplaw.com

Brian Arnold, Esq., barnold@swlaw.com

William Jenks, Esq., wjenks@jenksiplaw.com

Laura Wytsma, Esq., lwytsma@loeb.com

Mary-Christine Sungaila, Esq., mcsungaila@swlaw.com

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____         _____
Date                                          Signature of counsel

                                              _____
                                              Printed name of counsel

Please Note: All questions must be answered
cc: _____

# ATTACHMENT TO CERTIFICATE OF INTEREST

**RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION**

Guy Ruttenberg
Ann McCamey
Sarah Braun

**GROSSMAN LAW OFFICES**

Lee Grossman
Mark Grossman
Tejal Fowler

**KNEAFSEY & FRIEND LLP**

Sean Marco Kneafsey

**FOLEY & MANSFIELD PLLP**

Shaun E. Swiger

**JENKS IP LAW**

William Jenks

**KRUPKA LAW GROUP P.C.**

Bob Krupka
Pamela Krupka

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on July 31, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Guy Ruttenberg | /s/ Guy Ruttenberg |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Ruttenberg IP Law, a Professional Corporation

Address: 1801 Century Park East, Suite 1920

City, State, ZIP: Los Angeles, CA 90067

Telephone Number: 310-627-2270

FAX Number: 310-627-2260

E-mail Address: guy@ruttenbergiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.