# United States Court Of Appeals for the Federal Circuit

---

**ILLINOIS TOOL WORKS INC., DBA Wynn's**,
*Plaintiff-Cross-Appellant,*

**QUANTUM MARKETING INC., DBA Illinois Tool Works, Inc.,**
*Third Party Defendant-Appellee,*

v.

**MOC PRODUCTS COMPANY, INC.**,
*Defendant/Third Party Plaintiff-Appellant.*

2014-1169, -1659

---

Appeal from the United States District Court
for the Southern District of California
No. 3:09-cv-01887-JLS-MDD
Hon. Janice L. Sammartino

---

**UNOPPOSED MOTION TO REMOVE
QUANTUM MARKETING INC. FROM OFFICIAL CAPTION**

  Brian G. Arnold
   *Principal Attorney*
  **SNELL & WILMER LLP**
  350 South Grand Avenue, Suite 2600
  Two California Plaza
  Los Angeles, California  90071
  Telephone:  213.929.2500
  Facsimile:   213.929.2525

  *Attorneys for Plaintiff-Appellee
  Illinois Tool Works Inc., dba Wynn's
  and Quantum Marketing Inc., dba
  Illinois Tool Works Inc.*

19882580

# UNOPPOSED MOTION TO REMOVE
# QUANTUM MARKETING INC. FROM OFFICIAL CAPTION

Plaintiff-Cross-Appellant Illinois Tool Works Inc., dba Wynn's ("ITW") and Third Party Defendant Quantum Marketing Inc., dba Illinois Tool Works, Inc. ("Quantum Marketing") respectfully move this Court to remove Quantum Marketing from the official caption in this action. The Practice Notes to Rule 12 of the Federal Circuit Rules of Practice indicate that "[a]n appellee desiring not to file a brief or join in another party's brief must notify the clerk who will strike the party's designation as an appellee from the official caption." Although Quantum Marketing had been a Third Party Defendant in the District Court action below, all of the claims against Quantum Marketing were dismissed prior to the institution of this appeal, and Quantum Marketing will not participate in this appeal. Pursuant to the Practice Notes to Rule 12, and for the sake of clarity, ITW and Quantum Marketing request that the clerk remove Quantum Marketing from the official caption. Appellant/Cross-Appellee MOC Products Company, Inc. ("MOC") does not oppose this motion.

19882580

Dated:  August 11, 2014    SNELL & WILMER L.L.P.

By: */s/  Brian G. Arnold*

Brian G. Arnold
   *Principal Attorney*
**SNELL & WILMER LLP**
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California  90071
Telephone:   213.929.2500
Facsimile:    213.929.2525

*Attorneys for Plaintiff-Appellee*
*Illinois Tool Works Inc. dba Wynn's and*
*Quantum Marketing Inc., dba Illinois*
*Tool Works Inc.*

# **DECLARATION OF BRIAN G. ARNOLD IN SUPPORT OF UNOPPOSED MOTION TO REMOVE QUANTUM MARKETING INC. FROM OFFICIAL CAPTION**

I, Brian G. Arnold, attorney for Plaintiff-Cross-Appellant Illinois Tool Works Inc., dba Wynn's ("ITW") and Third Party Defendant Quantum Marketing Inc., dba Illinois Tool Works, Inc. ("Quantum Marketing"), declare as follows:

1. This declaration is made in connection with ITW's and Quantum Marketing's unopposed motion to remove Quantum Marketing from the official caption.

2. Although Quantum Marketing had been a Third Party Defendant in the District Court action below, all of the claims against Quantum Marketing were dismissed prior to the institution of this appeal, and Quantum Marketing will not participate in this appeal.

3. On August 11, 2014, I contacted the clerk of this Court, who indicated that the parties could move to correct the official caption and remove Quantum Marketing.

4. On August 11, 2014, Guy Ruttenberg, counsel for Appellant/Cross-Appellee MOC, indicated that MOC would not oppose the motion to remove Quantum Marketing from the official caption.

19882580

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  August 11, 2014            */s/  Brian G. Arnold*
                                    Brian G. Arnold

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   August 11, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Brian G. Arnold | /s/ Brian G. Arnold |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm   Snell & Wilmer LLP

Address   350 S. Grand Avenue, Suite 2600

City, State, ZIP   Los Angeles, CA 90071

Telephone Number   213-929-2500

FAX Number   213-929-2525

E-mail Address   barnold@swlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.



American LegalNet, Inc.
www.FormsWorkFlow.com