NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLINOIS TOOL WORKS, INC., DBA WYNN'S,**
*Plaintiff-Cross-Appellant,*

v.

**MOC PRODUCTS COMPANY, INC.,**
*Defendant-Appellant.*

---

2014-1169, -1659

---

Appeals from the United States District Court for the Southern District of California in No. 3:09-cv-01887-JLS-MDD, Judge Janis L. Sammartino.

---

**ON MOTION**

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges.*

HUGHES, *Circuit Judge.*

**O R D E R**

The parties jointly move to remand this case to the United States District Court for the Southern District of California due to settlement.

The parties state that they have now settled the case and requested an indicative ruling from the district court,

2   ILLINOIS TOOL WORKS, INC. v. MOC PRODUCTS COMPANY, INC.

pursuant to Fed. R. Civ. P. 62.1, whether the district court would defer, deny, or grant a motion to vacate the underlying judgment if the case were remanded. The district court indicated pursuant to Rule 62.1(a)(3) that it would grant the motion.

We grant the motion so that the district court may consider the parties' motion to vacate. *See Ohio Willow Wood Co. v. Thermo-Ply, Inc.*, 629 F.3d 1374, 1375 (Fed. Cir. 2011). In granting this motion, this court takes no position on the propriety or necessity of vacatur, leaving it to the district court to apply the principles enunciated in *United States Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18, 29 (1994).

Accordingly,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) All pending motions are denied as moot.

                            FOR THE COURT

                            /s/ Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk of Court

s26

ISSUED AS A MANDATE:  February 24, 2015